**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Melvin Graham

    v.                          Civil No. 08-cv-315-PB

NH Supreme Court, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $7.23 is due no later than September 11, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Northern NH Correctional Facility when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                      /s/ Justo Arenas

                                      Justo Arenas
                                      United States Magistrate Judge

Date: August 11, 2008

cc:    Melvin Graham, pro se
       Bonnie S. Reed, Financial Administrator
       Northern NH Correctional Facility, Inmate Accounts