UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Melvin Graham

        v.                    Civil No. 08-cv-315-PB

New Hampshire Supreme Court, et al


ORDER OF DISMISSAL

A complaint was filed on August 5, 2008.  The Court has not received the initial filing fee of $7.23.

Therefore, this case is hereby dismissed without prejudice.

SO ORDERED.


October 16, 2008                      /s/Paul J. Barbadoro
                                        United States District Judge


cc:    Melvin Graham, pro se