UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Melvin Graham

        v.                         Case No. 08-cv-315-PB

N H Supreme Court

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 30, 2009.

SO ORDERED.

February   24, 2009                   /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Melvin Graham, Pro se